DENNIS JAY WARREN
# 14-14050
Washington County Jail
215 SW ADAMS MS35
Hillsboro, Oregon. 97123-3874

FILED 29 JAN '15 10:43 USDC-ORP

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

DENNIS JAY WARREN
14-14050
*(Enter full name of plaintiff(s))*

Plaintiff(s),

Civil Case No. 3:15-cv-00161-JO
*(to be assigned by Clerk of the Court)*

**PRISONER CIVIL RIGHTS COMPLAINT**

v.

"Corizon Health" Subcontracted to Washington County Sheriff Jail, WA. Co. Oregon;
Physicians Assistant - PA-C - "Colin"
*(Enter full name of ALL defendant(s))*

Defendant(s).

### I.

A.  Have you brought any other action or appeal in a court of the United States while a prisoner?

    Yes ☐          No ☒

B.  If your answer to A is yes, how many? _____. Describe the lawsuit(s) in the space below. *(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)*

    1.  Parties to the previous lawsuit:

        Plaintiff(s): _____

        _____

CIVIL RIGHTS COMPLAINT
Revised: April 24, 2008

Page 1

Defendant(s): _____

_____

2. Court: _____
3. Docket Number: _____
4. Name of judge to whom case was assigned: _____
5. Disposition (Was the case dismissed? Was it appealed? Is it still pending?)

_____
_____

6. Approximate date of filing: _____
7. Approximate date of disposition: _____

III.

A. Place of confinement: Washington County Jail 215 SW ADAMS Hillsboro, Oregon. 97123-3874

B. Is there a prisoner grievance procedure in this institution?

Yes ☒    No ☐

C. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒    No ☐

If your answer is no, explain why not:

_____
_____

D. Is the grievance process completed?

Yes ☒    No ☐

## III. PARTIES

*(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)*

A.  Name of plaintiff: DENNIS JAY WARREN
    Security Identification No.: 14-14050
    Address: Washington County Jail
    215 SW Adams MS35
    Hillsboro, Oregon - 97123-3874

*(In item B, place the full name of each defendant, his/her official position, and his/her place of employment.*

B.  Defendant "Colin" is employed as Physician Assistant at Washington County Jail - Hillsboro, Oregon.

    Defendant "Corizon Health" is employed as Medical for Jail at Washington County Jail - Hillsboro, Oregon

    Defendant "WA-Co. Sheriff Jail" is employed as WA.Co.Jail at Hillsboro, Oregon.

    Defendant _____ is employed as _____
    at _____

    Defendant _____ is employed as _____
    at _____

    Additional defendants: _____
    _____
    _____

## IV. STATEMENT OF CLAIM

### Claim I

State what right under the Constitution, laws, or treaties of the United States has been violated.

"Deliberate Indifference to My Medical needs". My Civil Rights.

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

I am an Inmate at Con. Co. Jail. I have severe medical and mental Health problems. I was being medicated by "Colin" PA-C-Corizon Health At Con County Jail for one month with Inappropriate Medications and the PA-C "Colin" prescriber had not ever met me or seen me physically for 1 month yet was prescribing meds for me which is illegal. Colin is an employee of Corizon Healthcare subcontracted by WA. Co. Jail. Also, spent many weeks in severe facial pain from nerve damage and was refused continued treatment of proper non-narcotic anti Inflamilory medication and told to buy it from Jail store — They don't carry that med at Jail store and I am Indegent.

### Claim II

State what right under the Constitution, laws, or treaties of the United States has been violated.

I believe a "deliberate indifference to my medical needs" is part of Article I of Bill of Rights sections 13, 16. I feel "my" Civil Rights have been violated and I need a lawyer please.

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

Corizon Healthcare - Subcontracted employer of "colin" PA-C - Wh. Co. Jail -

## Claim III

State what right under the Constitution, laws, or treaties of the United States has been violated.

"Deliberate Indifference to my medical needs"

Supporting Facts: *(State here as briefly as possible the facts of your case. Describe how each defendant is involved and when the conduct occurred. It is not necessary to give any legal arguments or cite any cases or statutes.)*

Wh. Co. Jail - Hillsboro, Oregon - Employer of subcontracted Corizon, Healthcare. For not addressing grievances I submitted to jail and medical staff regarding my improper Healthcare"

_____
_____
_____
_____
_____
_____
_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## V.  RELIEF

*State briefly exactly relief you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

I am asking for the Medical Doctor (M.D.) at W.Co. Jail to exam me and to decide treatment for my Healthcare. I am asking for $5,000.00 monetary compensation for my pain and suffering from Lack of Care / "Deliberate Indifference" and leaving m.D. untreated and in severe facial pain for several weeks.

Signed this  27  day of  January , 20 15

_Dennis Jay Warren_
*(Signature of Plaintiff(s))*